# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 13-11482 (KJC) |
| Exide Technologies, | Chapter 11 |
| Reorganized Debtor.[1] | |
| Peter Kravitz, as GUC Trust Trustee of the Exide Creditors' Liquidating Trust, | |
| Plaintiff, | |
| vs. | Adv. No. 15-50472 (KJC) |
| PTC Inc. fka Parametric Technology Corporation, | |
| Defendant. | |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: October 9, 2015                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Erin R. Fay
Robert J. Dehney (DE 3578)
Eric Schwartz (DE 3134)
Erin R. Fay (DE 5268)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Email: efay@mnat.com

and

---

[1] The last four digits of the Debtor's taxpayer identification number are -2730. The Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, GA 30004.

Joseph L. Steinfeld, Jr., MN SBN 0266292
Kara E. Casteel, MN SBN 0389115
ASK LLP
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

and

Edward E. Neiger
Brigette G. McGrath
Marianna Udem
ASK LLP
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342

*Co-Counsel to the GUC Trust Trustee of the Exide Creditors' Liquidating Trust*

2